CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR FUNDS TO PAY FOR TRANSPORTATION TO ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT THEREOF AND ORDER |
| vs. KIMBERLY JONES, | |
| Defendant. | |

Kimberly Jones, through her appointed counsel Clyde M. Blackmon, requests the Court to issue an order to the United States Marshal to provide Ms. Jones with air fare for travel from Wichita, Kansas to Sacramento, California, and return, for the purpose of attending court on October 1, 2015. Ms. Jones application is made pursuant to 18 U.S.C. § 4285 and is based on the attached declaration of Clyde M. Blackmon.

Section 4285 permits the Court, in the interests of justice and upon a proper showing, to direct the Marshal to provide the transportation fare necessary for an indigent defendant to attend court proceedings.

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR FUNDS TO PAY FOR
TRANSPORTATION TO ATTEND COURT PROCEEDINGS; DECLARATION IN
SUPPORT THEREOF AND ORDER

1    Ms. Jones is charged with five counts of wire fraud in
2 violation of 18 U.S.C. § 1343.  A status conference in her case
3 is set for October 1, 2015.  Pursuant to negotiations with the
4 government Ms. Jones will plead guilty at that court appearance
5 to one of the counts alleged against her.
6    She lives in Wichita, Kansas, and is indigent.  While she
7 is employed, she makes only $10.25 per hour working as a
8 customer service representative in a telephone call center.  Her
9 take home pay is approximately $1,273 per month.  She has
10 expenses of approximately $1,140.00 per month.  She has no
11 savings.
12        Ms. Jones's financial condition is such that she
13 cannot afford the air fare necessary for her to travel to
14 Sacramento to attend court on October 1.  It is necessary that
15 Ms. Jones be in Sacramento the day before the court appearance
16 to meet with her counsel in preparation for the change of plea
17 proceedings. Therefore, she requests the Court to issue an order
18 directing the United States Marshal to provide her with funds to
19 purchase airline tickets for a round trip flight from Wichita to
20 Sacramento, leaving Wichita on September 29, 2015, and returning
21 on October 1, 2015.

                                ROTHSCHILD WISHEK & SANDS LLP

DATED:  August 28, 2015      By:  //s// Clyde M. Blackmon
                                  CLYDE M. BLACKMON
                                  Attorneys for Defendant
                                  Kimberly Jones


/////

- 2 -

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR FUNDS TO PAY FOR
TRANSPORTATION TO ATTEND COURT PROCEEDINGS; DECLARATION IN
SUPPORT THEREOF AND ORDER

/////

**DECLARATION OF CLYDE M. BLACKMON IN SUPPORT OF APPLICATION FOR FUNDS TO PAY FOR TRANSPORTATION TO ATTEND COURT PROCEEDINGS**

I, Clyde M. Blackmon, declare:

1. I am an attorney licensed to practice in California, and I am admitted to practice before this Court. I am appointed counsel for Kimberly Jones.

2. Ms. Jones is charged with five counts of wire fraud in violation of 18 U.S.C. § 1343. Her case is set for a status conference on October 1, 2015. Pursuant to plea negotiations with Assistant U.S. Attorney Michael Beckwith, the prosecutor on the case, Ms. Jones will plead guilty to one count of wire fraud when she appears before the Court on that date. Prior to the court appearance it is necessary that I meet with her to go over the plea agreement and make sure she understands all of its provisions.

3. Ms. Jones lives in Wichita, Kansas and works as a service representative at a telephone call center. She makes only $10.25 per hour. She has provided me with her payroll information covering the period from May 25, 2015 through July 19, 2015. Her pay stubs for that period are attached. They indicate that her income averages $1,272.31 per month. Ms. Jones informs me that she has monthly living expenses of approximately $1,140.00: clothing $100.00, rent $300.00, food $200.00, insurance $40.00, utilities $100.00, credit card debt $200.00 and repayment of payday loan $200.00. She has no savings. Therefore, she is unable to pay the air fare necessary

- 3 -

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR FUNDS TO PAY FOR TRANSPORTATION TO ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT THEREOF AND ORDER

for her to travel to Sacramento for her court appearance and return to Wichita afterward.  For that reason, I am requesting the court to direct the United States Marshal to provide Ms. Jones with the funds to pay for her travel from Wichita to Sacramento on September 29, 2015, and to return to Wichita on October 1, 2015.

Executed at Sacramento, California this 28th day of August, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

_____
CLYDE M. BLACKMON

**ORDER**

It appearing that Kimberly Jones is indigent and cannot pay for transportation from Wichita, Kansas to Sacramento, California to attend court on October 1, 2015, the United States Marshal for the Eastern District of California is directed to provide the funds to Ms. Jones which would enable her to pay air fare for a flight from Wichita to Sacramento on September 29, 2015, and return to Wichita on October 1, 2015.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
Troy L. Nunley
United States District Judge

- 4 -

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR FUNDS TO PAY FOR
TRANSPORTATION TO ATTEND COURT PROCEEDINGS; DECLARATION IN
SUPPORT THEREOF AND ORDER