```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
KIMBERLY JONES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>KIMBERLY JONES,<br><br>　　　　　Defendant. | Case No.: 2:13-CR-0125-TLN<br><br>APPLICATION FOR **AMENDED** ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; ORDER |

　　　　Pursuant to a previous application on behalf of Kimberly Jones, on September 1, 2015, the Court issued an order directing the United States Marshal for the Eastern District of California to provide Ms. Jones with funds to pay air fare for a flight from Wichita, Kansas to Sacramento, California so that Ms. Jones can attend court on October 1, 2015.  Counsel for Ms. Jones has been informed by the Marshal's office that the Marshals Service does not provide funds directly to people for travel to court in such situations.  Rather, the Marshals Service pays the air fare and provides the person with a ticket for the transportation.  Therefore, the Court's order needs to be amended to reflect that fact.

**AMENDED ORDER**

It appearing that Kimberly Jones is indigent and cannot pay for transportation from Wichita, Kansas to Sacramento, California to attend court at 9:30 a.m. on October 1, 2015, the United States Marshal for the Eastern District of California is directed to provide Kimberly Jones with transportation from the Wichita Dwight D. Eisenhower National Airport to the Sacramento International Airport, departing Wichita on September 29, 2015. The Marshal is also directed to provide Ms. Jones with transportation to return home after the court appearance, departing Sacramento during the afternoon of October 1, 2015, or any time on October 2, 2015.

IT IS SO ORDERED.

Dated: September 4, 2015

_____
Troy L. Nunley
United States District Judge