CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING THE DATE FOR IMPOSITION OF JUDGMENT AND SENTENCE AND SETTING DATE FOR A STATUS CONFERENCE REGARDING SENTENCING |
| vs. | |
| KIMBERLY JONES, | |
| Defendant. | |

The United States of America, through its counsel Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the current date, January 7, 2016, set for the imposition of judgment and sentence on Ms. Jones may be vacated and the matter continued to April 28, 2016, for a status conference regarding sentencing.

Vacation of the current date set for the imposition of judgment and sentence and continuing the matter for a status conference regarding sentencing is necessary because while Ms. Jones has pleaded guilty her co-defendant in the case has not. The resolution of the matter regarding her co-defendant may result in the development of information which might be useful

- 1 -

STIPULATION AND ORDER VACATING THE DATE FOR IMPOSITION OF JUDGMENT AND
SENTENCE AND SETTING DATE FOR A STATUS CONFERENCE REGARDING SENTENCING

1 | to the Court in fashioning a sentence for Ms. Jones.  Therefore,
2 | the parties agree that the current date, January 7, 2016, for
3 | imposition of judgment and sentence on Ms. Jones may be vacated
4 | and the matter continued to April 28, 2016, at 9:30 a.m. for a
5 | status conference regarding sentencing.  The parties contemplate
6 | that at that time a new date will be set for sentencing Ms.
7 | Jones and a schedule will be established for disclosure of the
8 | pre-sentence report and objections thereto.
9 |     IT IS SO STIPULATED.
10 | DATED:   December 30, 2015   By: //s// Clyde M. Blackmon for
11 |                                               Michael M. Beckwith,
                                              Assistant U.S. Attorney
13 |                                               ROTHSCHILD WISHEK & SANDS LLP
14 | DATED:   December 30, 2015   By: _//s// Clyde M. Blackmon___
15 |                                               CLYDE M. BLACKMON
                                              Attorneys for Defendant
                                              Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the current date for the imposition of judgment and sentence on Kimberly Jones, January 7, 2016, is vacated, and the matter is continued to April 28, 2016, at 9:30 a.m. for a status conference regarding sentencing.

IT IS SO ORDERED.

Dated: December 30, 2015

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER VACATING THE DATE FOR IMPOSITION OF JUDGMENT AND SENTENCE AND SETTING DATE FOR A STATUS CONFERENCE REGARDING SENTENCING