1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING SENTENCING |
| vs. | |
| KIMBERLY JONES, | Date: April 28, 2016<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the status conference regarding sentencing of Ms. Jones now scheduled for 9:30 a.m. on April 28, 2016, may be continued to June 23, 2016.

A continuance of the status conference regarding sentencing is necessary because while Ms. Jones has pleaded guilty her co-defendant in the case has not.  The resolution of the matter regarding her co-defendant may result in the development of information which might be useful to the Court in fashioning a sentence for Ms. Jones.  Therefore, the parties agree that the status conference regarding sentencing of Ms. Jones may be

- 1 -
STIPULATION AND ORDER CONTINUING
STATUS CONFERENCE REGARDING SENTENCING

1  continued to June 23, 2016, at 9:30 a.m.  The parties
2  contemplate that at that time a date will be set for sentencing
3  Ms. Jones and a schedule will be established for disclosure of
4  the pre-sentence report and objections thereto.
5       IT IS SO STIPULATED.
6  DATED:    April 26, 2016        By: //s// Clyde M. Blackmon for
7                                       Michael M. Beckwith,
                                         Assistant U.S. Attorney
8
9                                  ROTHSCHILD WISHEK & SANDS LLP
10 DATED:    April 26, 2016        By:  //s// Clyde M. Blackmon
                                        CLYDE M. BLACKMON
11                                      Attorneys for Defendant
                                        Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference regarding sentencing of Kimberly Jones is continued to June 23, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 26, 2016

_____
Troy L. Nunley
United States District Judge