CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KIMBERLY JONES,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0125-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING SENTENCING<br><br>Date: June 23, 2016<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　The United States of America, through its counsel Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the status conference regarding sentencing of Ms. Jones now scheduled for 9:30 a.m. on June 23, 2016, may be continued to September 29, 2016.

　　　A continuance of the status conference regarding sentencing is necessary because while Ms. Jones has pleaded guilty her co-defendant in the case is scheduled to change his plea on June 30, 2016.  The resolution of the matter regarding her co-defendant may result in the development of information which might be useful to the Court in fashioning a sentence for Ms. Jones.  Therefore, the parties agree that the status conference

regarding sentencing of Ms. Jones may be continued to September 29, 2016, at 9:30 a.m.  The parties contemplate that at that time a date will be set for sentencing Ms. Jones and a schedule will be established for disclosure of the pre-sentence report and objections thereto.

IT IS SO STIPULATED.

DATED: June 10, 2016          By: //s// Clyde M. Blackmon for
                                  Michael M. Beckwith,
                                  Assistant U.S. Attorney

                              ROTHSCHILD WISHEK & SANDS LLP

DATED: June 10, 2016          By: _//s// Clyde M. Blackmon___
                                  CLYDE M. BLACKMON
                                  Attorneys for Defendant
                                  Kimberly Jones

1 **ORDER**

2     GOOD CAUSE APPEARING upon the stipulation of the parties it
3 is ordered that the status conference regarding sentencing of
4 Kimberly Jones is continued to September 29, 2016, at 9:30 a.m.
5     IT IS SO ORDERED.
6 Dated: June 13, 2016

                                    Troy L. Nunley
                                    United States District Judge