1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING SENTENCING |
| vs. | |
| KIMBERLY JONES, | Date: September 29, 2016 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the status conference regarding sentencing of Ms. Jones now scheduled for 9:30 a.m. on September 29, 2016, may be continued to December 1, 2016.

A continuance of the status conference regarding sentencing is necessary because while Ms. Jones has pleaded guilty the case against her co-defendant is not entirely resolved.  The resolution of the matter regarding her co-defendant may result in the development of information which might be useful to the Court in fashioning a sentence for Ms. Jones.  Therefore, the parties agree that the status conference regarding sentencing of

1  Ms. Jones may be continued to December 1, 2016, at 9:30 a.m.
2  The parties contemplate that at that time a date will be set for
3  sentencing Ms. Jones and a schedule will be established for
4  disclosure of the pre-sentence report and objections thereto.
5      IT IS SO STIPULATED.
6  DATED:      September 27, 2016    By: //s// Clyde M. Blackmon for
7                                        Michael M. Beckwith,
                                          Assistant U.S. Attorney

9                                        ROTHSCHILD WISHEK & SANDS LLP
10 DATED:      September 27, 2016    By: _//s// Clyde M. Blackmon___
                                          CLYDE M. BLACKMON
11                                        Attorneys for Defendant
                                          Kimberly Jones

1 **ORDER**

2     GOOD CAUSE APPEARING upon the stipulation of the parties it

3 is ordered that the status conference regarding sentencing of

4 Kimberly Jones is continued to December 1, 2016, at 9:30 a.m.

5     IT IS SO ORDERED.

6 Dated: September 28, 2016

7

8                                   Troy L. Nunley
                                  United States District Judge