```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  KIMBERLY JONES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER SETTING CASE FOR IMPOSITION OF JUDGMENT AND SENTENCE |
| vs. | |
| KIMBERLY JONES, | Date: December 1, 2016<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

The United State of America, through its counsel Michael M. Beckwith, and defendant Kimberly Jones, through her counsel Clyde M. Blackmon, hereby stipulate as follows.

This matter was previously scheduled to be before the Court at 9:30 a.m. on December 1, 2016, for a status conference regarding sentencing.  The parties have agreed that the case may now be set for imposition of judgment and sentence on Ms. Jones at 9:30 a.m. on March 16, 2017.  Therefore, the parties request the Court to vacate the previously set date for a status conference regarding sentencing, December 1, 2016, and continue the matter to March 16, 2017, at 9:30 a.m. for imposition of judgment and sentence.

1    IT IS SO STIPULATED.

2  DATED:    November 29, 2016    By: //s// Clyde M. Blackmon for
3                                     Michael M. Beckwith,
                                      Assistant U.S. Attorney
4

5                                 ROTHSCHILD WISHEK & SANDS LLP

6  DATED:    November 29, 2016    By: _//s// Clyde M. Blackmon___
                                      CLYDE M. BLACKMON
7                                     Attorneys for Defendant
                                      Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties the previously set date for a status conference regarding sentencing, December 1, 2016, is vacated, and the matter is continued to March 16, 2017, for imposition of judgment and sentence.

IT IS SO ORDERED.

Dated: November 29, 2016

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER SETTING CASE FOR
IMPOSITION OF JUDGMENT AND SENTENCE