```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  KIMBERLY JONES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE INVESTIGATION REPORT SCHEDULE |
| vs. | |
| KIMBERLY JONES, | Date: March 16, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the sentencing hearing for Ms. Jones now set for March 16, 2017, may be continued to May 4, 2017, at 9:30 a.m.  The parties further stipulate to the following schedule pertaining to the Presentence Investigation Report (PSR) in this matter.

- Proposed PSR to be disclosed to counsel:     March 23, 2017
- Counsel's objections to PSR to be delivered
  to probation officer and opposing counsel:   April 6, 2017
- PSR to be filed with Court:                  April 13, 2017
- Motion for correction of PSR to be filed

- 1 -

STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE
INVESTIGATION REPORT SCHEDULE

| | |
|---|---|
| with Court and served on probation officer and opposing counsel: | April 20, 2017 |
| • Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel: | April 27, 2017 |

IT IS SO STIPULATED.

DATED: February 21, 2017    By: //s// Clyde M. Blackmon for
                                                Michael M. Beckwith,
                                                Assistant U.S. Attorney

                                                ROTHSCHILD WISHEK & SANDS LLP

DATED: February 21, 2017    By: //s// Clyde M. Blackmon
                                                CLYDE M. BLACKMON
                                                Attorneys for Defendant
                                                Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing for Kimberly Jones now scheduled for March 16, 2017, is continued to 9:30 a.m. on May 4, 2017. It is further ordered that the schedule pertaining to the preparation of the Presentence Investigation Report and objections thereto is modified as follows.

- Proposed PSR to be disclosed to counsel:   March 23, 2017
- Counsel's objections to PSR to be delivered to probation officer and opposing counsel:   April 6, 2017
- PSR to be filed with Court:   April 13, 2017
- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel:   April 20, 2017
- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel:   April 27, 2017

IT IS SO ORDERED.

Dated: February 22, 2017

Troy L. Nunley
United States District Judge