```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  KIMBERLY JONES
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        Case No.: 2:13-CR-0125-TLN
12           Plaintiff,              STIPULATION AND ORDER
                                     CONTINUING SENTENCING AND
13       vs.                         SETTING NEW PRESENTENCE
                                     INVESTIGATION REPORT SCHEDULE
14  KIMBERLY JONES,
                                     Date: May 4, 2017
15           Defendant.              Time: 9:30 a.m.
                                     Judge: Hon. Troy L. Nunley
16
```

17     The United States of America, through its counsel Assistant

18 U. S. Attorney Michael M. Beckwith, and Kimberly Jones, through

19 her counsel Clyde M. Blackmon, stipulate that the sentencing

20 hearing for Ms. Jones now set for May 4, 2017, may be continued

21 to June 1, 2017, at 9:30 a.m.  The parties further stipulate to

22 the following schedule pertaining to the Presentence

23 Investigation Report (PSR) in this matter.

24 • Proposed PSR to be disclosed to counsel:     April 20, 2017

25 • Counsel's objections to PSR to be delivered

26    to probation officer and opposing counsel:   May 4, 2017

27 • PSR to be filed with Court:                   May 11, 2017

28 • Motion for correction of PSR to be filed

- 1 -

STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE
INVESTIGATION REPORT SCHEDULE

| | | |
|---|---|---|
| 1 | with Court and served on probation | |
| 2 | officer and opposing counsel: | May 18, 2017 |
| 3 | • Counsel's reply or statement of non- | |
| 4 | opposition to be filed with Court and | |
| 5 | served on opposing counsel: | May 25, 2017 |

6   IT IS SO STIPULATED.

7   DATED:     March 17, 2017        By: //s// Clyde M. Blackmon for
8                                         Michael M. Beckwith,
                                          Assistant U.S. Attorney
9

10                                    ROTHSCHILD WISHEK & SANDS LLP

11  DATED:     March 17, 2017        By: _//s// Clyde M. Blackmon___
                                          CLYDE M. BLACKMON
12                                        Attorneys for Defendant
                                          Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing for Kimberly Jones now scheduled for May 4, 2017, is continued to 9:30 a.m. on June 1, 2017. It is further ordered that the schedule pertaining to the preparation of the Presentence Investigation Report and objections thereto is modified as follows.

- Proposed PSR to be disclosed to counsel: April 20, 2017
- Counsel's objections to PSR to be delivered to probation officer and opposing counsel: May 4, 2017
- PSR to be filed with Court: May 11, 2017
- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel: May 18, 2017
- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel: May 25, 2017

IT IS SO ORDERED.

Dated: March 17, 2017

Troy L. Nunley
United States District Judge