1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No.: 2:13-CR-0125-TLN

12          Plaintiff,                APPLICATION PURSUANT TO 18
                                      U.S.C. § 4285 FOR GOVERNMENT
13      vs.                           PROVIDED TRANSPORTATION FOR
                                      DEFENDANT ATTEND COURT
14 KIMBERLY JONES,                    PROCEEDINGS; DECLARATION IN
                                      SUPPORT THEREOF; ORDER
15          Defendant.

16

17      Kimberly Jones, through her appointed counsel Clyde M.

18 Blackmon, requests the Court to issue an order directing the

19 United States Marshal for the Eastern District of California to

20 provide Kimberly Jones with commercial airline transportation

21 from Wichita, Kansas to Sacramento, California so that Ms. Jones

22 may attend court on June 1, 2017.  Ms. Jones's application is

23 made pursuant to 18 U.S.C. § 4285 and is based on the attached

24 declaration of Clyde M. Blackmon.

25      Section 4285 permits the Court, in the interests of justice

26 and upon a proper showing, to direct the marshal to provide

27 noncustodial transportation necessary for an indigent defendant

28 to attend court proceedings.

- 1 -
APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR GOVERNMENT PROVIDED
TRANSPORTATION FOR DEFENDANT ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT
THEREOF; ORDER

1   Ms. Jones has pleaded guilty to one count of wire fraud in

2 violation of 18 U.S.C. § 1343.  She is scheduled to be sentenced

3 on June 1, 2017.  Ms. Jones lives in Wichita, Kansas, and she is

4 indigent.  While she is employed, she makes only $11.80 per hour

5 working as a customer service representative in a telephone call

6 center.  For the period November 10, 2016, to January 20, 2017,

7 her take home pay averaged $647.21 every two weeks, $1,294.42

8 per month.  She has no savings, and her monthly expenses are

9 approximately $1,100.  Her financial condition is such that she

10 cannot afford the round-trip airfare necessary for her to travel

11 Sacramento to attend court on June 1, 2017.

12   It is necessary for Ms. Jones to be in Sacramento on the

13 day before her court appearance in order to meet with her

14 counsel and prepare for the sentencing proceedings.  Therefore,

15 she requests the Court to issue an order directing the United

16 States Marshal for the Eastern District of California to provide

17 her with commercial airline transportation for a round trip

18 flight leaving Wichita on May 30, 2017, and on June 2, 2017.

19   Respectfully submitted.

20                                   ROTHSCHILD WISHEK & SANDS LLP

21 DATED:     March 31, 2017     By: //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
22                                  Attorneys for Defendant
                                    Kimberly Jones
23

24 **DECLARATION OF CLYDE M. BLACKMON IN SUPPORT OF APPLICATION FOR FUNDS TO PAY FOR TRANSPORTATION TO ATTEND COURT PROCEEDINGS**

25

26   I, Clyde M. Blackmon, declare:

27   1. I am an attorney licensed to practice in California, and

28 I am admitted to practice before this Court.  I am appointed

- 2 -

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR GOVERNMENT PROVIDED
TRANSPORTATION FOR DEFENDANT ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT
THEREOF; ORDER

1  counsel for Kimberly Jones.

2      2. Ms. Jones has pleaded guilty to one count of wire fraud

3  in violation of 18 U.S.C. § 1343.  A sentencing hearing is set

4  for June 1, 2017.  Prior to the court appearance it is necessary

5  that I meet with her to prepare for the sentencing proceedings.

6      3. Ms. Jones lives in Wichita, Kansas and works as a

7  service representative at a telephone call center.  She makes

8  only $11.80 per hour.  She has provided me with her payroll

9  information covering the period from November 10, 2016, through

10  January 20, 2017.  Her pay stubs for that period are attached.

11  They indicate that her income averages $647.21 every two weeks.

12  Ms. Jones informs me that she has monthly living expenses of

13  approximately $1,100.00: clothing $100.00, rent $575.00, food

14  $200.00, insurance $40.00 and credit card debt $200.00.  She has

15  no savings.  Therefore, she is unable to pay the air fare

16  necessary for her to travel to Sacramento for her sentencing and

17  return to Wichita afterward.  For that reason, I am requesting

18  the Court to direct the United States Marshal to provide Ms.

19  Jones with commercial airline transportation from Wichita to

20  Sacramento on May 30, 2017, and to return to Wichita on June 2,

21  2017.

22      Executed at Sacramento, California this 31st day of March,

23  2017.

24      I declare under penalty of perjury that the foregoing is

25  true and correct.

26                              //s// Clyde M. Blackmon
                              CLYDE M. BLACKMON

27

28

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR GOVERNMENT PROVIDED
TRANSPORTATION FOR DEFENDANT ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT
THEREOF; ORDER

1

**ORDER**

2    IT APPEARING that Kimberly Jones is indigent and cannot pay

3  for transportation from Wichita, Kansas to Sacramento,

4  California to attend court on June 1, 2017, the United States

5  Marshal for the Eastern District of California is directed to

6  provide Kimberly Jones with commercial airline transportation

7  from the Wichita Dwight D. Eisenhower National Airport to the

8  Sacramento International Airport, departing Wichita on May 30,

9  2017.  The marshal is also directed to provide Ms. Jones with

10  commercial airline transportation to return home after the court

11  appearance, departing Sacramento on the afternoon of June 1,

12  2017, or any time on June 2, 2017.

13  IT IS SO ORDERED.

14  Dated: March 31, 2017

15

16

17                        Troy L. Nunley
                          United States District Judge
18

19

20

21

22

23

24

25

26

27

28

APPLICATION PURSUANT TO 18 U.S.C. § 4285 FOR GOVERNMENT PROVIDED
TRANSPORTATION FOR DEFENDANT ATTEND COURT PROCEEDINGS; DECLARATION IN SUPPORT
THEREOF; ORDER