```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  KIMBERLY JONES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE INVESTIGATION REPORT SCHEDULE |
| vs. | |
| KIMBERLY JONES, | Date: June 1, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the sentencing hearing for Ms. Jones now set for June 1, 2017, may be continued to September 7, 2017, at 9:30 a.m.  The parties further stipulate to the following schedule pertaining to the Presentence Investigation Report (PSR) in this matter.

- Counsel's objections to PSR to be delivered
  to probation officer and opposing counsel:   August 10, 2017
- PSR to be filed with Court:                                 August 17, 2017
- Motion for correction of PSR to be filed
  with Court and served on probation

officer and opposing counsel:     August 24, 2017

- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel:     August 31, 2017

IT IS SO STIPULATED.

DATED: May 5, 2017          By: //s// Clyde M. Blackmon for
                                 Michael M. Beckwith,
                                 Assistant U.S. Attorney

                            ROTHSCHILD WISHEK & SANDS LLP

DATED: May 5, 2017          By: _//s// Clyde M. Blackmon___
                                 CLYDE M. BLACKMON
                                 Attorneys for Defendant
                                 Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing for Kimberly Jones now scheduled for June 1, 2017, is continued to 9:30 a.m. on September 7, 2017. It is further ordered that the schedule pertaining to the preparation of the Presentence Investigation Report and objections thereto is modified as follows.

- Counsel's objections to PSR to be delivered to probation officer and opposing counsel: August 10, 2017
- PSR to be filed with Court: August 17, 2017
- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel: August 24, 2017
- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel: August 31, 2017

IT IS SO ORDERED.

Dated: May 9, 2017

Troy L. Nunley
United States District Judge