```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  KIMBERLY JONES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | APPLICATION FOR AMENDED ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; AMENDED ORDER |
| vs. | |
| KIMBERLY JONES, | |
| Defendant. | |

Pursuant to a previous application on behalf of Kimberly Jones, the Court issued an order on March 31, 2017, (see Doc. 107) directing the United States Marshal for the Eastern District of California to provide Ms. Jones with round-trip commercial airline transportation from Wichita, Kansas to Sacramento, California so that she could attend court on June 1, 2017.  The date of the court appearance, a sentencing hearing for Ms. Jones, has been changed and she is now scheduled to be sentenced on September 7, 2017.  Therefore, it is necessary that the Court issue an amended order changing the dates over which transportation must be provided for Ms. Jones.

Ms. Jones's application for government provided transportation is based on the fact that she is indigent and is supported by the declaration of Clyde M. Blackmon. (see Doc. 107.)

Respectfully submitted.

ROTHSCHILD WISHEK & SANDS LLP

DATED: May 18, 2017      By: //s// Clyde M. Blackmon
                             CLYDE M. BLACKMON
                             Attorneys for Defendant
                             Kimberly Jones

**AMENDED ORDER**

IT APPEARING that Kimberly Jones is indigent and cannot pay for transportation from Wichita, Kansas to Sacramento, California to attend court on September 7, 2017, the United States Marshal for the Eastern District of California is directed to provide Kimberly Jones with commercial airline transportation from the Wichita Dwight D. Eisenhower National Airport to the Sacramento International Airport, departing Wichita on September 5, 2017. The Marshal is also directed to provide Ms. Jones with commercial airline transportation to return home after the court appearance, departing Sacramento on the afternoon of September 7, 2017, or any time on September 8, 2017.

IT IS SO ORDERED.

Dated: May 18, 2017

_____
Troy L. Nunley
United States District Judge