1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE INVESTIGATION REPORT SCHEDULE |
| vs. | |
| KIMBERLY JONES, | Date: September 7, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the sentencing hearing for Ms. Jones now set for September 7, 2017, may be continued to November 16, 2017, at 9:30 a.m.  The parties further stipulate to the following schedule pertaining to the Presentence Investigation Report (PSR) in this matter.

- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel:                    November 2, 2017
- Counsel's reply or statement of non-opposition to be filed with Court and

| | | |
|---|---|---|
| served on opposing counsel: | | November 9, 2017 |

IT IS SO STIPULATED.

DATED: August 15, 2017  By: //s// Clyde M. Blackmon for
                              Michael M. Beckwith,
                              Assistant U.S. Attorney

ROTHSCHILD WISHEK & SANDS LLP

DATED: August 15, 2017  By: //s// Clyde M. Blackmon
                              CLYDE M. BLACKMON
                              Attorneys for Defendant
                              Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing for Kimberly Jones now scheduled for September 7, 2017, is continued to 9:30 a.m. on November 16, 2017. It is further ordered that the schedule pertaining to objections to the Presentence Investigation Report is modified as follows.

- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel: November 2, 2017
- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel: November 9, 2017

IT IS SO ORDERED.

Dated: August 15, 2017

Troy L. Nunley
United States District Judge