CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KIMBERLY JONES,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0125-TLN<br><br>APPLICATION FOR SECOND AMENDED ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; SECOND AMENDED ORDER |

Pursuant to a previous application on behalf of Kimberly Jones, the Court issued an amended order on May 18, 2017, (see Doc. 114) directing the United States Marshal for the Eastern District of California to provide Ms. Jones with round-trip commercial airline transportation from Wichita, Kansas to Sacramento, California so that she could attend court on September 7, 2017.  The date of the court appearance, a sentencing hearing for Ms. Jones, has been changed and she is now scheduled to be sentenced on November 16, 2017.  Therefore, it is necessary that the Court issue a second amended order changing the dates over which transportation must be provided for Ms. Jones.

Ms. Jones's application for government provided transportation is based on the fact that she is indigent and is supported by the declaration of Clyde M. Blackmon. (see Doc. 107.)

Respectfully submitted.

ROTHSCHILD WISHEK & SANDS LLP

DATED: August 16, 2017    By: //s// Clyde M. Blackmon
                             CLYDE M. BLACKMON
                             Attorneys for Defendant
                             Kimberly Jones

**SECOND AMENDED ORDER**

IT APPEARING that Kimberly Jones is indigent and cannot pay for transportation from Wichita, Kansas to Sacramento, California to attend court on November 16, 2017, the United States Marshal for the Eastern District of California is directed to provide Kimberly Jones with commercial airline transportation from the Wichita Dwight D. Eisenhower National Airport to the Sacramento International Airport, departing Wichita on November 14, 2017. The Marshal is also directed to provide Ms. Jones with commercial airline transportation to return home after the court appearance, departing Sacramento on the afternoon of November 16, 2017, or any time on November 17, 2017.

IT IS SO ORDERED.

Dated: August 17, 2017

Troy L. Nunley
United States District Judge

APPLICATION FOR SECOND AMENDED ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; SECOND AMENDED ORDER