1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING AND SETTING NEW PRESENTENCE INVESTIGATION REPORT SCHEDULE |
| vs. | |
| KIMBERLY JONES, | Date: November 16, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Michael M. Beckwith, and Kimberly Jones, through her counsel Clyde M. Blackmon, stipulate that the sentencing hearing for Ms. Jones now set for November 16, 2017, may be continued to February 8, 2018, at 9:30 a.m.  The parties have agreed that Ms. Jones should be sentenced after her co-defendant, Marcus Buckley, is sentenced.  Mr. Buckley's sentencing hearing has been continued and is now set for January 25, 2018.  Therefore, the parties are requesting that Ms. Jones's sentencing hearing be continued to February 8, 2018

The final Presentence Investigation Report (PSR) has been filed with the court.  However, parties have not yet filed their

objections to the PSR.  For that reason, the parties further stipulate to the following schedule pertaining to the PSR in this matter.

- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel:     January 25, 2018
- Counsel's reply or statement of non-opposition to be filed with Court and served on opposing counsel:     February 1, 2018

IT IS SO STIPULATED.

DATED:    October ___, 2017    By: //s// Clyde M. Blackmon for
                                                      Michael M. Beckwith,
                                                      Assistant U.S. Attorney

ROTHSCHILD WISHEK & SANDS LLP

DATED:    October ___, 2017    By: _//s// Clyde M. Blackmon___
                                                      CLYDE M. BLACKMON
                                                      Attorneys for Defendant
                                                      Kimberly Jones

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the sentencing hearing for Kimberly Jones now scheduled for November 16, 2017, is continued to 9:30 a.m. on February 8, 2018.  It is further ordered that the schedule pertaining to objections to the Presentence Investigation Report is modified as follows.

- Motion for correction of PSR to be filed with Court and served on probation officer and opposing counsel:     January 25, 2018
- Counsel's reply or statement of non-

opposition to be filed with Court and
served on opposing counsel:        February 1, 2018

IT IS SO ORDERED.

Dated: October 10, 2017

_____
TROY L. NUNLEY
United States District Judge