1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  KIMBERLY JONES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-0125-TLN |
| Plaintiff, | APPLICATION FOR ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; ORDER |
| vs. | |
| KIMBERLY JONES, | |
| Defendant. | |

The Court has previously approved two applications and issued orders directing the United States Marshal for the Eastern District of California to provide Kimberly Jones with round-trip commercial airline transportation from Wichita, Kansas, where she lives, to Sacramento, California so she could attend her sentencing hearing.  (See Docs. 107 and 124.) However, on both occasions the sentencing hearing for Ms. Jones has been continued because the sentencing hearing for her co-defendant, Marcus Buckley, has been continued.  The continuances of Ms. Jones's sentencing hearings have been necessary because the government wants Ms. Jones to be sentenced after Mr. Buckley.

Ms. Jones is now scheduled to be sentenced on February 8, 2018. Ms. Jones's application for government provided transportation is based on the fact that her financial condition is such that she is unable to pay for the cost of the transportation herself. Her application is supported by the previously submitted declaration of Clyde M. Blackmon. (See Doc. 107). Her financial situation remains essentially the same as it was as of the date of that declaration.

Therefore, Ms. Jones requests the Court to issue an order directing the United States Marshal for the Eastern District of California to pay for her round-trip transportation from Wichita, Kansas to Sacramento so that she can attend her sentencing hearing on February 8, 2018. It is necessary that Ms. Jones be in Sacramento the day before the sentencing so that she can meet with her counsel to prepare for the hearing.

Respectfully submitted.

ROTHSCHILD WISHEK & SANDS LLP

DATED: January 3, 2018   By: //s// Clyde M. Blackmon
                             CLYDE M. BLACKMON
                             Attorneys for Defendant
                             Kimberly Jones

APPLICATION FOR ORDER REGARDING TRANSPORTATION TO ATTEND COURT PROCEEDINGS; ORDER

**ORDER**

IT APPEARING that Kimberly Jones cannot pay for transportation from Wichita, Kansas to Sacramento, California to attend court on February 8, 2018, the United States Marshal for the Eastern District of California is directed to provide Kimberly Jones with commercial airline transportation from the Wichita Dwight D. Eisenhower National Airport to the Sacramento International Airport, departing Wichita on February 6, 2018. The Marshal is also directed to provide Ms. Jones with commercial airline transportation to return home after the court appearance, departing Sacramento on the afternoon of February 8, 2018, or any time on February 9, 2018.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
Troy L. Nunley
United States District Judge